HUDSON RIVER WATER POWER COMPANY, Appellant, *v.* GLENS
FALLS PORTLAND CEMENT COMPANY et al., Respondents.

*Hudson River Water Power Co.* v. *Glens Falls P. Cement Co.,* 109 App.
Div. 919, affirmed.
(Argued November 21, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 27, 1905, modifying and affirming as modified a
judgment in favor of defendants entered upon a dismissal of
the complaint by the court on trial at Special Term in an
action to recover for breach of contract.

*Richard L. Hand, Edgar T. Brackett* and *Henry W. Williams* for appellant.

*Howard Taylor, William B. Anderson, Francis H. Kinnicutt* and *Louis M. Brown* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: CULLEN, Ch. J.